**NOT FOR PUBLIC VIEW**

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 REV. 1/90

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. Garcia Becerra

FILED JUL 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ET DEPUTY

PERSON REPRESENTED (Show your full name): **Andres Garcia Becerra**

DOCKET NUMBERS: 08MJ8659

CHARGE/OFFENSE: **952, 960**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ ____
- IF NO, give month and year of last employment: 6/08 — 3 weeks ago = 1300
- How much did you earn per month $ ____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month $ ____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ ____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
- Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No IF YES, state total amount $ 162.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- IF YES, GIVE VALUE AND DESCRIBE IT — VALUE $ 2000.00 — pick up Dodge

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☑ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: GF, Kids (4) modes

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Pay |
|---|---|---|
| Rent | 200.00 | |
| water system, lights etc | 900.00 | |
| Phone | 60.00 | |

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): ▶ *Andres* — 7/18/08
I certify the above to be correct

**WARNING**: A FALSE OR DISHONEST ANSWER TO A QUESTION...